UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JONATHAN VILMA**, | * | CIVIL ACTION NO. 12-cv-1283 |
| | * | c/w 12- 1718 and 12-1744 |
| Plaintiff, | * | |
| | * | Pertains to 12-1283 |
| Versus | * | |
| | * | SECTION C, DIVISION 3 |
| **ROGER GOODELL**, | * | |
| | * | JUDGE HELEN G. BERRIGAN |
| Defendant. | * | |
| | * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| ******************************** | | |

## MOTION TO ENFORCE STAY OF DISCOVERY

Defendant Roger Goodell submits this Motion to Enforce Stay of Discovery, requesting an Order enforcing the stay of discovery already in effect in this matter due to Mr. Goodell's invocation of the procedures under Louisiana Code of Civil Procedure 971, and alternatively enforcing an independent stay of the discovery efforts of plaintiff Jonathan Vilma due to Mr. Vilma's failure to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court with regard to timing of discovery.

Mr. Vilma's discovery efforts violate the automatic stay under Louisiana Code of Civil Procedure 971(D) effected in this matter upon Mr. Goodell's invocation of C.C.P. art. 971 in his motion to dismiss or, alternatively to strike. Doc. No. 23. Until Mr. Goodell's motion is ruled upon, under article 971(D) a stay of discovery remains in place. Moreover, independent of article 971(D), discovery in a federal proceeding may not be propounded by the parties *on any source* until the parties have conducted a Rule 26(f) scheduling conference or this Court has entered a scheduling order providing otherwise. Fed. R. Civ. P. 26(d)(1). Neither has occurred at this point in this matter, so a stay of Mr. Vilma's efforts is independently justified for this Court to protect the viability of the procedures applicable to actions before it.

New Orleans, Louisiana, this 24th day of September, 2012.

                Respectfully submitted,

| | |
|---|---|
| | /s/H.S. Bartlett, III |
| **GREGG H. LEVY** | **GLADSTONE N. JONES, III (#22221)** |
| **BENJAMIN C. BLOCK** | **LYNN E. SWANSON (#22650)** |
| **COVINGTON & BURLING LLP** | **HARVEY S. BARTLETT, III (#26795)** |
| 1201 Pennsylvania Ave., NW | **CATHERINE E. LASKY (#28652)** |
| Washington, DC 20004-2401 | **JONES, SWANSON, HUDDELL** |
| Telephone: (202) 662-5292 |   **& GARRISON L.L.C.** |
| Telecopier: (202) 778-5292 | 601 Poydras Street, Suite 2655 |
| *Pro Hac Vice* | New Orleans, LA 70130 |
| | Telephone: (504) 523-2500 |
| | Telecopier: (504) 523-2508 |

**Counsel for the NFL and NFL Management Council**

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 24, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                /s/ H.S. Bartlett, III