UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JONATHAN VILMA                                      CIVIL ACTION

VERSUS                                              NUMBER: 12-1283

ROGER GOODELL                                       SECTION: "C" 3

# J U D G M E N T

Considering the Court having granted defendant's motion to dismiss, record document no. 197; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendant Roger Goodell, and against plaintiff Jonathan Vilma, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this 17th day of January 2013.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE